# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Anna Sullivan
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Elon Musk
Jeff Bezos
Mark Bezos
Kamala Harris
Ned Lamont
John Larson
Joe Biden
Hunter Biden
Donald Trump
Donald Trump Jr.

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

DEC 6 2024 PM 4:58
FILED-USDC-CT-HARTFORD

## A. PARTIES

1. Anna Sullivan (Plaintiff) is a citizen of Connecticut (State) who presently resides at 211 Girard Ave Hartford, CT 06105 (mailing address).

2. Defendant Elon Musk (name of first defendant) is a citizen of California or Texas (State)

whose address is _____,

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant __Jeff Bezos_____ is a citizen of _____
   (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____.
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ____✓____  42 U.S.C. § 1983 (applies to state defendants)

   _____  **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Elon Musk spied on Connecticut with his NASA equipment and saw that Ned Lamont, John Larson, Ned Lamont and Jerome Powell, Jeff Bezos and Mark Bezos were all spying on me through a wormhole and told Pope Francis an an authority and Pope Francis enslaved them all in the Illuminati. Pope Francis made a form of action to copy me so that I would know they were looking at my brain with their technologies

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** They violated my life and right to live freely and freedom of speech. A group of powerful men tried to enslave me for sexual harrassment.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All of the men tried to chastize me because they were all watching and didn't want me to have sex with men because I was in a relationship and broke me and my significant other up because he was a cheater. They wanted to have sex with me themselves without my knowledge and tried to give me hints that they were there. Jeff Bezos and Ned Lamont wanted me to know so they gave me a dream to tell me that so no one could verify. They looked at me naked in the mirror against my knowledge and will and told me.

Ned Lamont wanted my hair to be removed and loss with no hair growth to not be attractive to men. For jealous and zealousy against the famous men.

**Claim II:** Ned Lamont asked me for sexual favors via this wormhole in order to ask him for business funding blight property investment to be approved. I declined.

**Supporting Facts:** There's a wormhole system in connecticut with a satelite to Elon Musk's house. He has NASA Technology that reads peoples brains and intentions.

Elon Musk started hurting my head with electric shocks because he wanted to kick Ned Lamont and Jeff Bezos out because Ned Lamont ~~was~~ Jr was trying to chastize me so they wouldn't feel jealous against my knowledge.

**Claim III:** Ned Lamont wanted this all for himself which made them mad because it was against my life and will.

**Supporting Facts:** I lived my daily regular life this way and they spied on me hired a gay black male named Delli Boe from Atlanta/California to signal me and watch for them as they hid. Delli Boe has limited to no online visability with Mark Bezos to hide and not be reached.

Add security for satelites and internet and electric lines so the owners cannot override authorities. They do it to everyone.

Tell them DO not speak to me or assult me.

### E. REQUEST FOR RELIEF

I request the following relief:

$1 trillion each party or entire net worth.
$10 million paid right away for new security and expenses
$ Demand $5 million minimum Right now

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes ____   No ✓

_____    _[signature]_
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    Anna Sullivan
Printed Name                     Printed Name

_____    211 Girard Ave Hartford, CT 06105
( )                              860 692·4147
Attorney's full address and telephone    Plaintiff's full address and telephone

_____    _____
Email address if available       Email address if available

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford           on  12/6/24          .
             (location)              (date)

_[signature]_
**Plaintiff's Original Signature**

(Rev. 3/21/16)

Anna Sullivan vs. Elon Musk - new case # needed.
211 Girard Ave
Hartford, CT

CV-01578-KAD
CV-01836-KAD

Amazon                   Abusive companies
Tesla
Starlink
NASA
Eversource
Connecticut Natural Gas

Kamala Harris helped him with woman deceit
- Elon Musk organized this with the world headers
The utility companies were in on a mean deal which was to create recession, war and famine to deplete Americans finances for debt and enslavement. This was a planned and organized hate crime

- Jerome Powell and Jeff Bezos created policies to abusively control Americans through mental health crime, health crime to kill and release peoples finances and stock investments back into the economy. Nancy Pelosi helped
- They all tried to chatize me by making me have no money and hair loss in attempt to devoir and ruin me while they stole my start-up busine